UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES H. DOORLEY, III

vs. C.A. NO: 06-294ML

UNUM LIFE INSURANCE CO., et al

ORDER

On October 31, 2006 an Order was entered notifying the parties that the above-captioned case would be dismissed without prejudice within 15 days for lack of prosecution. Fifteen days having elapsed without any response to the Court's Order,

It is now ORDERED that this action is hereby dismissed without prejudice.

SO ORDERED:
Mary M. Lisi
Mary M. Lisi
U.S. District Judge
November 29, 2006

Entered as an Order of this Court on November 29, 2006

Barbara Barletta
Deputy Clerk